1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   E-Mail: esdceast@hubslaw.com

Attorneys for Plaintiff Byron Chapman

WILLIAM S. BERNHEIM, SBN 56555
BERNHEIM, GUTIERREZ & MCCREADY
DIXON, CALIFORNIA 95620
Telephone: (707) 678-4447
Facsimile: (707) 678-0744
E-mail: law@bernheimlaw.net

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | Case No. 2:08-CV-00742-FCD-EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| KENNETH G. MISTLER dba AA RENTS GRAND RENTAL STATION; KERI L. MISTLER dba AA RENTS GRAND RENTAL STATION, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, BYRON CHAPMAN, and defendants, KENNETH G. MISTLER dba AA RENTS GRAND RENTAL STATION; KERI L. MISTLER dba AA RENTS GRAND RENTAL STATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: May 10, 2010     DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: May 7, 2010     BERNHEIM, GUTIERREZ & McCREADY

*/s/ William S. Bernheim*
WILLIAM S. BERNHEIM
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:08-CV-00742-FDC-EFB, is hereby dismissed with prejudice.

Dated: May 11, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE